FILED

04/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0079

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-21-0079

| | |
|---|---|
| CLAIMANTS: East Bench Irrigation District; United States of America (Bureau of Reclamation) | ON APPEAL FROM THE MONTANA WATER COURT |
| | CASE 41B-0265-P-2015 |
| OBJECTORS: East Bench Irrigation District; Point of Rocks Angus Ranch, Inc. | 41B 40850-00 |
| COUNTEROBJECTORS: Madison Valley Garden Ranch, LLC, Open A Ranch, Inc. | 41B 40851-00<br>41B 40852-00<br>41B 40854-00<br>41B 40855-00<br>41B 40856-00 |
| NOTICE OF INTENT TO APPEAR: Geoduck Land & Cattle LLC; Smith's Elk Meadows Ranch, LLC | 41B 40857-00<br>41B 40858-00<br>41B 40859-00<br>41B 40860-00<br>41B 40861-00 |
| INTERVENORS: Bar J Ranch; David E. & Shelli Schuett; Baldy View Enterprises, LLC; William C. Mancoronal; Roxanne E. Mancoronal; Justin D. Devers; William R. Grose; Point of Rocks Angus Ranch, Inc.; Clark Canyon Water Supply Co. | |

## ORDER GRANTING APPELLANT OPEN A RANCH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

Pursuant to Appellant's Unopposed Motion for Extension of Time, and good cause appearing therefor:

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension of time (to and including May 21, 2021) in which to file its opening brief.

DATED this ___ day of April, 2021.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2021